IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| ANN KARIMA GALLANT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:10CV00006 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEUTSCHE BANK NATIONAL | ) | By: Hon. Glen E. Conrad |
| TRUST COMPANY, | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

This case is presently before the court on the plaintiff's motion for entry of default and the defendant's motion to dismiss and/or alternative suggestion of bankruptcy. In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The plaintiff's motion for entry of default is **DENIED**; and

2. The plaintiff is **DIRECTED** to file a response to the defendant's motion within fourteen days of the date of entry of this order.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and all counsel of record.

ENTER: This 16th day of April, 2010.

_____
United States District Judge