CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
FEB 0 2 2011
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ANN KARIMA GALLANT, | )<br>) |
| Plaintiff, | ) Civil Action No. 3:10CV00006<br>) |
| v. | ) **FINAL ORDER**<br>) |
| DEUTSCHE BANK NATIONAL<br>TRUST COMPANY, | ) By: Hon. Glen E. Conrad<br>) Chief United States District Judge<br>) |
| Defendant. | ) |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that the defendant's motion to dismiss the plaintiff's complaint is **GRANTED**, and that this action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and all counsel of record.

ENTER: This 2d day of February, 2011.

_____
Chief United States District Judge